

# NUMBER 13-24-00584-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE O.F. JONES III

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Chief Justice Contreras[1]**

By petition for writ of mandamus, relator O.F Jones III seeks to set aside an August 22, 2024 order denying his claim in a probate proceeding. Relator assails this same order by appeal in our appellate cause number 13-24-00506-CV.

The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that this original proceeding has been rendered moot by the pending

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

appeal. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we dismiss this petition for writ of mandamus as moot.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
6th day of December, 2024.